FELMET v. DUKE POWER CO.

No. 459P98

Case below: 131 N.C.App. 87

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

FENDER v. DEATON

No. 458P98

Case below: 130 N.C.App. 657

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999. Justice Parker recused.

FORDHAM v. EASON

No. 509PA98

Case below: 131 N.C.App. 226

Petition by defendant (American Woodland) for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1999. Conditional petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.

FURR v. FONVILLE MORISEY REALTY, INC.

No. 425PA98

Case below: 130 N.C.App. 541

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 March 1999.

GILL v. PHIFER

No. 543P98

Case below: 131 N.C.App. 554

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999. Motion by plaintiff to strike defendant-appellees' responses to petition denied 3 March 1999. Justice Martin recused.